UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABDUL BAQI
Camp Delta
Washington, D.C. 20355

       Petitioner

   v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

       Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*/s/ Ricardo M. Urbina*

Civil Action No.

CASE NUMBER 1:05CV01235

JUDGE: Paul L. Friedman

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T02232

ISN # xxx

Petitioners name: ABDUL BAQI son of MOHAMMAD ULLAH
To HABEAS CORPUS civilian court of the United States of America;
As you know that I am a detainee of Camp xxx in Guantanamo, CUBA. According to your law, I was declared an enemy combatant in a military tribunal, so I want to prove my innocence to the upcoming court that I am not an enemy combatant but a farmer. Also I was responsible for my orphan brothers. I'm not a member of Taliban government nor Al Qaida, and I'm not and never been an enemy of the United States or its allies. I hope that my innocence will be proven in the upcoming court with the American civil rights law and also according to the human rights; and I will go home.
With respect
ABDUL BAQI

ISN - 963

دعارض نوم: عبدالباقی د پلار نوم محمد اللہ

د امریکا د متحده ایالاتو "هی بیس کورپس" حکمی مقام ته.

لکه څرنګه چه زه د کوبا د ګوانتانامو د لتاد کیمپ بندی یم نو ستاسو د قانون سره سم په پہ لری محکمه کی په ما د جنګی دښمنی فیصله وشوه نو زه غواړم چه راتلونکی حکمی ته د خپل ځان بی ګناهی د اثبات د پاره زه یو جنګی سړی نه یم بلکه بزګر یم او د خپلو د پرویتمو و د نیو سو پرستی زمار غاړه وه نه نه د طالبانو د حکومت غړی او نه د القاعده یم د امریکا او د نړی د نورو هم دښمنی نه یم او نه هم نو غواړم د چه د امریکا د مدنی او حقوقی قوانینو او د بشری حقوقو مطابق په راتلونکی محکمه کی زما بی ګناهی ثابته شی او خپل کور ته و لاړ شم

" پای د پنای "

GUAN-2005-T 02232

عبدالباقی

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1235