# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABDUL BAQI,
      Petitioner

       v                                   **APPEARANCE**

                             CASE NO.: 1:05cv01235-PLF

GEORGE W. BUSH, President
 of the United States, Et Al
      Respondent


*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*


### ABDUL BAQI


*Date: November 15, 2005*           */s/*
                               *Signature*

*Bar No.:  ct24770*           *Thomas P. Belsky*
                               *Print Name*

                             *OFFICE OF THE FEDERAL DEFENDER*
                               *Firm Name*

                             *2 WHITNEY AVENUE, SUITE 300*
                               *Address*

                             *NEW HAVEN    CT      06510*
                             *City             State     Zip Code*

                             *(203) 498-4200*
                             *Phone Number*

*I hereby certify that copies have been mailed to counsel of record as listed below, this date:*
*November 15, 2005*

*Preeya M. Noronha, U.S. Department of Justice, 20 Massachusetts Avenue, NW, Room 7226,*
*Washington, DC 20530.*

                             */s/*
                             *Thomas P. Belsky*