IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL BAQI,**<br>**Petitioner,**<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br>**Respondents**. | Civil Action No:  1:05-CV-01235(PLF) |

### ORDER

Having considered Petitioner's Unopposed Motion for Entry of Protective Orders, and it appearing that good cause exists for granting the motion, it is hereby

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in <u>In re Guantanamo Detainee Cases</u>, 344 F.Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in <u>In re Guantanamo Detainee Cases</u>, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in <u>In re Guantanamo Detainee Cases</u> shall apply in the above-captioned case.

IT IS SO ORDERED.

Dated: _____                    _____
                                                United States District Judge