UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL BAQI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1235 (PLF) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

      This matter is before the Court on respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination, filed on July 18, 2005. When the motion was filed, petitioner was proceeding *pro se*. On November 16, 2005, however, Thomas P. Belsky, Esq., of the Office of the Federal Public Defender for the District of Connecticut entered an appearance on behalf of petitioner. Upon consideration of the foregoing, it is hereby

      ORDERED that, on or before January 3, 2006, petitioner shall show cause in writing why this case should not be stayed pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), and Khalid et al. v. Bush, Civil No. 04-1142, 355 F. Supp. 2d 311 (D.D.C. 2005). If a stay is entered, it shall not relieve the government of any obligation to provide petitioner with a factual return from any

Combatant Status Review Tribunal, nor shall it bar the filing or disposition of any motion for emergency relief.

        SO ORDERED.

                                            /s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: December 16, 2005