IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL BAQI,<br><br>       Petitioner,<br><br>       v.<br><br>GEORGE W. BUSH,<br>       President of the United States,<br>       *et al.*,<br><br>       Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-1235 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' NOTICE OF TRANSFER OF PETITIONER ABDUL BAQI**

Respondents hereby provide notice that with respect to petitioner Abdul Baqi (ISN 963), the United States has relinquished custody and petitioner has been transferred to Afghanistan into the control of the Government of Afghanistan, consistent with United States' policies and practices pertaining to transfers for release.

Respondents further note that because petitioner Baqi has been transferred from United States custody, all pending motions are now moot.

Dated: February 9, 2006                Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              KENNETH L. WAINSTEIN
                                              United States Attorney

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents