UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ABDUL BAQI,                        )
                                   )
        Petitioner,                )
                                   )
    v.                             )   Civil Action No. 05-1235 (PLF)
                                   )
GEORGE W. BUSH, et al.,            )
                                   )
        Respondents.               )
_____)

ORDER

On February 9, 2006, respondents filed a Notice of Transfer indicating that petitioner Abdul Baqi had been released from the custody of the United States and transferred to Afghanistan into the control of the Government of Afghanistan. Accordingly, it is hereby

ORDERED that petitioner shall show cause in writing, on or before March 27, 2006, why the petition for habeas corpus in this case should not be dismissed as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 6, 2006