UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL BAQI, )<br>    )<br>    Petitioner )<br>    )<br>    v. )<br>    )<br>GEORGE W. BUSH, )<br>    President of the United States, et al., )<br>    Respondents. ) | Civil Action No. 05-CV- 1235(PLF) |

## OUT OF TIME MOTION TO EXTEND TIME

Petitioner Abdul Baqi, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing a response to the Court's March 6, 2006 Order, directing petitioner to show cause why his petition should not be dismissed as moot. In support of this motion, counsel states:

1. On February 9, 2006, respondents filed a Notice of Transfer, stating that petitioner Baqi had been released from custody.

2. On March 6, 2006, the Court issued an Order, directing petitioner to show cause why his petition should not be dismissed as moot.

3. Undersigned counsel has no reason to doubt that petitioner has been released. However, because counsel is aware that there has been some confusion regarding names and identities of detainees in other matters, counsel has been trying to confirm that petitioner in this matter has been released. Counsel has not yet been able to do so, but given some additional time expects to be able to confirm the identity of the released detainee.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that Court extend the time for filing a response to the Court's March 6, 2006 Order, and issue the attached proposed Order, extending the time to April 28, 2006.

- 2 -

Respectfully submitted,

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated:  March 30, 2006    /s/
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200
Email: thomas.belsky@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2006 , a copy of the foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

/s/ Thomas P. Belsky
ct24770
Office of the Federal Defender
2 Whitney Ave, Suite 300
New Haven, CT 06510
Phone: (203) 498-4200
Fax: (203) 498-4207
Email: thomas.belsky@fd.org