UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL BAQI, )<br>      Petitioner )<br>)<br>      v. )<br>)<br>GEORGE W. BUSH, )<br>      President of the United States, et al., )<br>      Respondents. ) | Civil Action No. 05-cv-1235(PLF) |

**<u>ORDER</u>**

Upon consideration of petitioner Baqi's Motion to Extend time and finding good cause shown, it is this 30th day of March, 2006, hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the petitioner shall show cause in writing, on or before April 28, 2006, why the petition for habeas corpus in this case should not be dismissed as moot.

                                                                                                    PAUL L. FRIEDMAN<br>                                                                                                     United States District Judge