UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL BAQI, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1235 (PLF) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

ORDER

This matter is before the Court on Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination. On February 9, 2006, respondents filed a Notice of Transfer indicating that petitioner Abdul Baqi had been released from the custody of the United States and transferred to Afghanistan and into the control of the Government of Afghanistan. The Court then directed petitioner to show cause in writing, on or before March 27, 2006, why the petition for *habeas corpus* in this case should not therefore be denied as moot. Petitioner has filed a motion for extension of that deadline by one month to afford it the opportunity to confirm the identity of the released detainee

Upon consideration of the arguments of the parties and the full record in this case, it is hereby

ORDERED that [15] petitioner's Out of Time Motion to Extend Time is GRANTED *nunc pro tunc*. Petitioner shall respond to the Court's Order to Show Cause on or before April 28, 2006; it is

FURTHER ORDERED that [2] Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that this case is STAYED pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), and Khalid et al. v. Bush, Civil No. 04-1142, 355 F. Supp. 2d 311 (D.D.C. 2005). This stay shall not, however, prevent the parties from continuing to avail themselves of the procedures set forth in the Protective Order entered in this case on December 30, 2005, nor shall it bar the filing or disposition of any motion for emergency relief; it is

FURTHER ORDERED that this stay also shall not relieve the government of any obligation to provide petitioner with a factual return while the appeals of related cases are pending, in the event petitioner in fact still is in U.S. custody. Nonetheless, because there is some doubt as to whether that is the case, the Court will not set a deadline for the respondents' production of a factual return until that question has been resolved.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 30, 2006