UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL BAQI, )<br>   )<br>   Petitioner )<br>   )<br>v. )<br>   )<br>GEORGE W. BUSH, )<br>   President of the United States, et al., )<br>   Respondents. ) | Civil Action No. 05-CV- 1235(PLF) |

## SECOND OUT OF TIME MOTION TO EXTEND TIME

Petitioner Abdul Baqi, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing a response to the Court's March 6, 2006 Order, directing petitioner to show cause why his petition should not be dismissed as moot. In support of this motion, counsel states:

1. On February 9, 2006, respondents filed a Notice of Transfer, stating that petitioner Baqi had been released from custody.

2. On March 6, 2006, the Court issued an Order, directing petitioner to show cause why his petition should not be dismissed as moot.

3. On March 30, 2006, the Court extended until April 28, 2006, the time within which petitioner could respond to the Court's March 6, 2006, Order.

3. Undersigned counsel has no reason to doubt that petitioner has been released. However, because counsel is aware that there has been some confusion regarding names and identities of detainees in other matters, counsel has been trying to confirm that petitioner in this matter has been released. These efforts have included attempting to correspond with military and civilian defense counsel at the Office of Military Commissions regarding petitioner's status, as well as efforts to travel to the Guantanamo Naval Base. Currently, the undersigned counsel is tentatively scheduled to travel to Guantanamo 8-11 June, 2006.

4. Because counsel has not yet been able to specifically determine whether petitioner has in fact been released from custody, it is respectfully requested that the Court again extend the time for filing to its March 6, 2006, order until counsel has returned from Guantanamo.

- 2 -

WHEREFORE, for the foregoing reasons, counsel respectfully requests that Court extend the time for filing a response to the Court's March 6, 2006 Order, and issue the attached proposed Order, extending the time to June 30, 2006.

                                        Respectfully submitted,

                                        THOMAS G. DENNIS
                                        FEDERAL DEFENDER

Dated: May 1, 2006                          /s/
                                        Thomas P. Belsky
                                        Asst. Federal Defender
                                        2 Whitney Ave., Suite 300
                                        New Haven, CT 06510
                                        Bar No. ct24770
                                        (203) 498-4200
                                        Email: thomas.belsky@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2006 , a copy of the foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

                                        /s/ Thomas P. Belsky
                                        ct24770
                                        Office of the Federal Defender
                                        2 Whitney Ave, Suite 300
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Fax: (203) 498-4207
                                        Email: thomas.belsky@fd.org