UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL BAQI, )<br>       Petitioner     )<br>                           )<br>       v.                   )<br>                           )<br>GEORGE W. BUSH, )<br>   President of the United States, et al.,  )<br>   Respondents.             ) | Civil Action No. 05-cv-1235(PLF) |

## **ORDER**

      Upon consideration of petitioner Baqi's Motion to Extend time and finding good cause shown, it is this \_\_\_\_ day of May, 2006, hereby

      ORDERED that the motion is GRANTED, and it is further

      ORDERED that the petitioner shall show cause in writing, on or before June 30, 2006, why the petition for habeas corpus in this case should not be dismissed as moot.

 

_____
PAUL L. FRIEDMAN
United States District Judge