UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL BAQI, )<br>      Petitioner )<br>      v. )<br>GEORGE W. BUSH, )<br>      President of the United States, et al., )<br>      Respondents. ) | Civil Action No. 05-CV- 1235(PLF) |

## PETITIONER'S RESPONSE TO ORDER TO SHOW CAUSE

Petitioner Abdul Baqi, through undersigned counsel, respectfully submits this response to this Court's order of March 6, 2006, directing Petitioner to show cause why his petition for habeas corpus should not be dismissed as moot. Specifically, Petitioner states the following:

1. On February 9, 2006, Respondents filed a Notice of Transfer, stating that Petitioner Baqi had been released from custody.

2. On March 6, 2006, the Court issued an Order, directing Petitioner to show cause why his petition should not be dismissed as moot.

3. On March 30, 2006, and again on May 3, 2006, the Court granted Petitioner's motions to extend time in which to file a response. Petitioner's response is currently due June 30, 2006.

4. While undersigned counsel has found no evidence to dispute or doubt that Petitioner has been released, he also has been unable to find any independent evidence specifically confirming Petitioner's release as well. Moreover, counsel does not foresee, in light of the steps already taken, being able to find any additional evidence either confirming or disputing the status of Petitioner's release. Accordingly, while counsel cannot specifically show cause why petitioner's petition should not be dismissed as moot, because of the aforementioned difficulty independently confirming that petitioner has been released from custody, counsel believes it is more appropriate to take no position on the matter.

- 2 -

Respectfully submitted,

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated:  June 30, 2006              /s/
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200
Email: thomas.belsky@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 30, 2006 , a copy of the foregoing Motion to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

/s/ Thomas P. Belsky
ct24770
Office of the Federal Defender
2 Whitney Ave, Suite 300
New Haven, CT 06510
Phone: (203) 498-4200
Fax: (203) 498-4207
Email: thomas.belsky@fd.org