UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
ABDUL BAQI,                                )
                                           )
      Petitioner,                          )
                                           )
      v.                                   )    Civil Action No. 05-1235 (PLF)
                                           )
GEORGE W. BUSH, et al.,                    )
                                           )
      Respondents.                         )
_____)


ORDER

On February 9, 2006, respondents filed a Notice of Transfer indicating that petitioner had been released from United States custody. On March 6, the Court issued an Order directing petitioner's counsel to show cause why the pending petition for *habeas corpus* should not be dismissed as moot. After seeking and receiving two extensions of time within which to respond to that Order, petitioner's counsel now reports that, although he has been unable to confirm that petitioner has been released, he has "no evidence to dispute or doubt" the government's assertion, and therefore "takes no position" on whether the petition should be dismissed as moot. Accordingly, it is hereby

ORDERED that [1] petitioner Abdul Baqi's Petition for Writ of Habeas Corpus is DISMISSED without prejudice. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: July 5, 2006               United States District Judge